**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 5 EM 2022

Respondent                :

v.                            :

DIMITRIUS BROWN,                :

Petitioner                 :

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of May, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file a Petition for Allowance of Appeal within 15 days.